# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11273

_____

UNITED STATES OF AMERICA,

                                                             Plaintiff-Appellee,

*versus*

JAVIER SANCHEZ MENDOZA, JR.,

                                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:21-cr-00034-LGW-BWC-1

_____

JUDGMENT

2                                                                                                                                22-11273

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 22, 2022

For the Court: DAVID J. SMITH, Clerk of Court